```
GARY M. RESTAINO
United States Attorney
District of Arizona
DAVID P. FLANNIGAN
CRAIG H. RUSSELL
FRED COCIO
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
David.flannigan@usdoj.gov
Craig.russell1@usdoj.gov
Fred.cocio@usdoj.gov
Attorneys for Plaintiff
```

FILED ____ LODGED ____
RECEIVED ____ COPY ____

DEC 17 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>1. Redacted Defendant,<br>2. Redacted Defendant,<br>3. David Cardenas,<br>4. Redacted Defendant,<br>5. Martin Cardenas,<br>6. Melissa Cardenas,<br>7. Redacted Defendant,<br>8. Redacted Defendant,<br>9. Redacted Defendant,<br>10. Redacted Defendant,<br>11. Redacted Defendant,<br>12. Redacted Defendant,<br>13. Redacted Defendant,<br>14. Redacted Defendant, | CR-21-02978-TUC-JGZ-LCK<br><br>GOVERNMENT'S MOTION TO UNSEAL CASE, FILE REDACTED INDICTMENT, MAKE PUBLIC THE NAMES OF DEFENDANTS # 3, 5 AND 6, AND MAINTAIN NAMES OF REDACTED DEFENDANTS UNDER SEAL<br><br>(Paper Filed In A Sealed Case; Certain Defendant Name(s) to Remain Redacted) |

| | |
|---|---|
| 1 | 15. Redacted Defendant, |
| 2 | 16. Redacted Defendant, |
| 3 | 17. Redacted Defendant, |
| 4 | 18. Redacted Defendant, |
| 5 | 19. Redacted Defendant, |
| 6 | 20. Redacted Defendant, |
| 7 | Defendants. |

The United States of America, by and through its undersigned attorneys, respectfully requests that in order to balance the need for public filing of documents relating to the arrested defendants against the need to maintain the names of the fugitives under seal, that this Court enter an Order to:

1. Unseal the case.

2. Make public the names of David Cardenas, Defendant #3, Martin Cardenas, Defendant 5 and Melissa Cardenas, Defendant #5.

3. File in the Court Docket the attached redacted indictment, which reveals the names of the defendants who may be made public and redacts the names of those who remain fugitives. (Attachment A.)

4. Maintain the names of any redacted defendants under seal by referring them as "REDACTED DEFENDANT" in the public record.

5. Authorize the Clerk, after the arrest of a redacted defendant, to publicly docket pleadings using the defendant's actual name. The government will, as soon as practicable after the arrest of a redacted defendant, move to unseal that defendant's name and move to unseal the original indictment or file a redacted indictment revealing the defendant's name.

6. It is the intent of the undersigned counsel to unseal the entire case with the exception of the redacted defendants referred to above, and the following specific

documents: the Unredacted Indictment [Doc. 3], the Motion to Seal Indictment [Doc. 1], the Order to Seal Indictment [Doc. 2], and the Sealed Unredacted Indictment [Doc. 25].

7. Pursuant to the March 2004 Judicial Conference guidance, certain criminal documents shall not be included in the public case file and should not be made available to the public at the courthouse or via remote electronic access: unexecuted summonses or warrants of any kind (e.g., search warrants, arrest warrants); pretrial bail or presentence investigation reports; statements of reasons in the judgment of conviction; juvenile records; documents containing identifying information about jurors or potential jurors; financial affidavits filed in seeking representation pursuant to the Criminal Justice Act; *ex parte* requests for authorization of investigative; and expert or other services pursuant to the Criminal Justice Act. Accordingly, the government requests that documents in those categories remain sealed without further order of the Court.

8. The government further requests authorization to disclose the names of any redacted defendants, and any indictments that disclose these names, as necessary for law enforcement purposes, to further the prosecution of the case, and when filing any motions to make public the names of redacted defendants.

Respectfully submitted this 17th day of December, 2021.

GARY M. RESTAINO
United States Attorney
District of Arizona

David Flannigan
*Digitally signed by David Flannigan*
*Date: 2021.12.17 14:55:16 -07'00'*

DAVID P. FLANNIGAN
Assistant U.S. Attorney